IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lindberg, Michael L

Printed: 9/3/08

Case Number: 04 B 25015
Judge: Goldgar, A. Benjamin
Filed: 7/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 8, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,600.00 |  |
| Secured: |  | 18,843.27 |
| Unsecured: |  | 4,205.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 1,439.96 |
| Other Funds: |  | 866.94 |
| Totals: | 27,600.00 | 27,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | American General Finance | Secured | 8,907.83 | 8,907.83 |
| 3. | American General Finance | Secured | 9,935.44 | 9,935.44 |
| 4. | Chicago Patrolmen's Fed Credit Union | Unsecured | 499.61 | 499.61 |
| 5. | Premier Bankcard | Unsecured | 39.56 | 39.56 |
| 6. | American General Finance | Unsecured | 878.44 | 878.44 |
| 7. | Capital One | Unsecured | 781.19 | 781.19 |
| 8. | Resurgent Capital Services | Unsecured | 35.99 | 35.99 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,244.24 | 1,244.24 |
| 10. | ECast Settlement Corp | Unsecured | 667.99 | 667.99 |
| 11. | ECast Settlement Corp | Unsecured | 58.81 | 58.81 |
| 12. | Assoc Credit Card | Unsecured |  | No Claim Filed |
| 13. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 14. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,293.10 | $ 25,293.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 182.26 |
| 4% | 41.19 |
| 3% | 23.99 |
| 5.5% | 421.66 |
| 5% | 89.99 |
| 4.8% | 172.81 |
| 5.4% | 508.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lindberg, Michael L | Case Number:  04 B 25015 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  7/6/04 |

_____
$ 1,439.96

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____